PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEDAYATULLAH BABAK, ET AL.<br><br>             Plaintiff,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF STATE, ET AL.,<br><br>             Defendants. | CASE NO. 2:21-CV-1483 KJM DB<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

The United States respectfully requests a 60-day extension of time in which to respond to the Complaint, and counsel for plaintiffs does not oppose.  The parties therefore stipulate that the new date for the defendants to file an answer or other dispositive pleading is January 18, 2022.  The parties further request that all other filing deadlines be similarly extended.

1

|   |   |
|---|---|
| Dated: November 5, 2021 | Respectfully submitted,<br><br>PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>By: /s/ AUDREY B. HEMESATH<br>AUDREY B. HEMESATH<br>Assistant United States Attorney<br><br>/s/ JOSHUA GOLDSTEIN<br>JOSHUA GOLDSTEIN<br>Counsel for Plaintiffs |

ORDER

The defendants shall have until **January 18, 2022 to respond to the complaint**. The initial scheduling conference set for January 13, 2022 is vacated and **reset for March 24, 2022 at 2:30 pm**.

It is so ordered.

DATED: November 8, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

2