PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| HEDAYATULLAH BABAK, ET AL. | CASE NO. 2:21-CV-1483 KJM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, ET AL., | |
| Defendants. | |

The United States respectfully requests an additional 30-day extension of time in which to respond to the Complaint, and counsel for plaintiffs does not oppose. The parties therefore stipulate that the new date for the defendants to file an answer or other dispositive pleading is February 22, 2022. The parties further request that all other filing deadlines be similarly extended.

1

|   |   |
|---|---|
| Dated: January 18, 2022 | Respectfully submitted,<br><br>PHILLIP A. TALBERT<br>United States Attorney<br><br>By:  /s/ AUDREY B. HEMESATH<br>AUDREY B. HEMESATH<br>Assistant United States Attorney<br><br>/s/ JOSHUA GOLDSTEIN<br>JOSHUA GOLDSTEIN<br>Counsel for Plaintiffs |

ORDER

It is so ordered.  The court does not expect to grant additional extensions of time absent a showing of good cause.

DATED: January 20, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2