PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEDAYATULLAH BABAK,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANTONY BLINKEN, ET AL.,<br><br>　　　　　　Defendants. | CASE NO.  2:21-CV-01483-KJM-DB<br><br>STIPULATION AND ORDER FOR THIRD EXTENSION OF TIME |

The United States respectfully requests an additional 60-day extension of time in which to respond to the Complaint, and counsel for plaintiff does not oppose. The parties therefore stipulate that the new date for the defendants to file an answer or other dispositive pleading is April 25, 2022. The parties further request that all other filing deadlines be similarly extended, and that the currently scheduled initial scheduling conference, set for March 24, 2022, be vacated and reset.

1

Respectfully submitted,

Dated: February 17, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney


/s/ JOSHUA GOLDSTEIN
JOSHUA GOLDSTEIN
Counsel for Plaintiff

ORDER

The defendants shall file an answer or other dispositive pleading by **April 25, 2022**. The status (pretrial scheduling) conference is vacated and reset for **June 16, 2022 at 2:30 p.m.** before the undersigned, with the filing of a joint status report due fourteen (14) days prior.

DATED: March 1, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

2