PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEDAYATULLAH BABAK,<br><br>      Plaintiff,<br><br>v.<br><br>ANTONY BLINKEN, ET AL.,<br><br>      Defendants. | CASE NO. 2:21-CV-01483-KJM-DB<br><br>STIPULATION AND ORDER FOR FOURTH EXTENSION OF TIME |

  The Defendants respectfully request a fourth extension of time in which to respond to the Complaint, and counsel for Plaintiffs does not oppose. On April 22, 2022, the visa applicant in this case had her second consular interview. The consular officer will now proceed to re-adjudicate the application, which will render this lawsuit moot. The parties therefore stipulate that the new date for Defendant to file an answer or other dispositive pleading is May 25, 2022. The parties further request that all other filing deadlines be similarly extended.

1

Respectfully submitted,

Dated:  April 25, 2022

          PHILLIP A. TALBERT
          United States Attorney

    By:  /s/ ELLIOT C. WONG
          ELLIOT C. WONG
          Assistant United States Attorney


          /s/ JOSHUA GOLDSTEIN
          JOSHUA GOLDSTEIN
          Counsel for Plaintiffs

ORDER

It is so ordered.  The status (pretrial scheduling) conference is vacated and reset for July 28, 2022 at 2:30 p.m. before the undersigned, with the filing of a joint status report due fourteen days prior.

DATED:  May 4, 2022.

          CHIEF UNITED STATES DISTRICT JUDGE